# CASE ANNOUNCEMENTS

*March 3, 2010*

[Cite as *03/03/2010 Case Announcements*, 2010-Ohio-670.]

# MERIT DECISIONS WITHOUT OPINIONS

**2009–2063.   [State ex rel.] Pawlowski v. Toledo Police Div.**

In Mandamus. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2141.   State ex rel. Sultaana v. Fidelity Invests.**

Hamilton App. No. C–090575. On motion to dismiss. Motion to dismiss granted. Notice of appeal was not timely filed. S.Ct.Prac.R. 2.2(A)(1)(a). Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2285.   State ex rel. Lucky v. Court of Appeals, Fifth Appellate Dist.**

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2297.   State ex rel. Smith v. Nabakowski.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur. Lanzinger, J., dissents and would grant the writ.

**2009–2337.   State ex rel. Hawk v. Athens Cty. Common Pleas Clerk of Court.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2344.   State ex rel. Brown v. Timmerman–Cooper.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Motion for temporary restraining order and/or preliminary injunction hearing denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.